**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sergio ALANIS–GONZALES, also known as Juan Antonio Robledo–Pesina, Defendant–Appellant.**

No. 04–40532.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 17, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks and Marjorie A. Meyers, Assistant Federal Public Defender, Paul G. Hajjar, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM: *

Sergio Alanis–Gonzales appeals from his conviction of illegal reentry following deportation after conviction of an aggravated felony. Alanis contends for the first time on appeal that his sentence is constitutionally infirm because *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), has been cast into doubt by *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and should be overruled. He also contends that if *Almendarez–Torres* were overruled, *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), would apply in determining his sentence. Alanis raises these issues only to preserve them for further review, and he concedes that this court's review is under the plain-error standard.

*Apprendi* did not overrule *Almendarez–Torres*. *See Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348; *United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). We must follow *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *Dabeit*, 231 F.3d at 984 (internal quotation marks and citation omitted). Further, *Blakely* does not apply to the federal sentencing guidelines. *See United States v. Piniero*, 377 F.3d 464, 473 (5th Cir.), *petition for cert. filed* (U.S. July 14, 2004)(No. 04–5263). Alanis has failed to show error, plain or otherwise, regarding the applicability of *Almendarez–Torres* or *Blakely*.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.